FILED
CLERK, U.S. DISTRICT COURT
APR 22 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Vanessa Lopez, DEFENDANT(S). | CASE NUMBER CR 10-383 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **defendant**, IT IS ORDERED that a detention hearing is set for **4/28/10** ~~[struck]~~, at **10:00** ☒ a.m. / ☐ p.m. before the Honorable **Jacqueline Chooljian**, in Courtroom **20**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: **4/22/10**

_____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                          Page 1 of 1